THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EUSCHER,<br><br>            Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY,<br><br>            Defendant. | NO.  2:15-cv-01061-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

Plaintiff James Euscher and defendant Standard Insurance Company stipulate through their counsel of record that this action may be dismissed with prejudice and without costs or attorney fees.

DATED this 10th day of June, 2016.

s/ Patrick H. LePley
Patrick H. LePley, WSBA #7071
LePley Law Firm
12600 SE 38th Street, Suite 201
Bellevue, WA  98006
Tel: (425) 641-5353
Fax: (425) 747-0611
phl@lepleylawfirm.com
Counsel for Plaintiff

s/ David A. LeMaster
David A. LeMaster, WSBA #22874
Hackett, Beecher & Hart
1601 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel:  (206) 624-2200
Fax: (206) 6241-7667
dlemaster@hackettbeecher.com
Counsel for Defendant

STIPULATION AND ORDER OF DISMISSAL (2:15-cv-01061-RSL) – 1

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200

1 **ORDER**

2 Based on the above stipulation of the parties, it is hereby:

3 ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice

4 and without costs or attorney fees to any party.

5 DATED this 13th day of June, 2016.

6

7

8 *[signature]*
Robert S. Lasnik
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL (2:15-cv-01061-RSL) – 2

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200